JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 09-09093-GAF (SSx) | Date | June 18, 2010 |
|---|---|---|---|
| Title | Lourdes Jimenez v. FMS, Inc. | | |

| Present: The Honorable | **GARY ALLEN FEESS, United States District Judge** | |
|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None | | None |

**Proceedings:**     **(In Chambers)**

Plaintiff filed a Complaint with this Court on December 10, 2009.

On May 19, 2010, the Court issued an Order to Show Cause RE: Lack of Prosecution in light of the Plaintiff's apparent failure to obtain entry of default judgment. The Order specifically warned Plaintiff that the Court could dismiss this action as dictated by F.R.C.P. 4(m) if good cause was not shown for any extension of time. Plaintiff was to respond to the Court's Order to Show Cause no later than June 8, 2010. To date, however, no request for default judgment or response to the Court's Order has been filed with this Court.

Accordingly, the Court hereby dismisses the action without prejudice for lack of prosecution and for failure to respond to the Court's Order to Show Cause.

IT IS SO ORDERED.

_____ : _____

Initials of Preparer     rf